**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 590 MAL 2017
                              :
            Respondent        :
                              :  Petition for Allowance of Appeal from
                              :  the Order of the Superior Court
            v.               :
                              :
                              :
SEAN PATRICK SELLERS,        :
                              :
            Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.